IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS V. GILBERT, JR., | ) | No. C 11-1693 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| ALAMEDA COUNTY OF CALIFORNIA SHERIFF, | ) | |
| Defendant. | ) | |

The Court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 6/2/11

LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.11\Gilbert693jud.wpd